IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON THORNTON,<br><br>　　　Petitioner,<br><br>vs.<br><br>MELVIN E. HUNTER,<br><br>　　　Respondent. | 1:06-CV-1563 AWI WMW HC<br><br>MEMORANDUM OPINION AND ORDER DISMISSING CASE |

　　Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

　　The court has conducted a preliminary review of the petition as required pursuant to Rule 4 of the Rules Governing Section 2254 Cases. After conducting this review, the court finds that it plainly appears from the petition that Petitioner is not entitled to any relief. This court may entertain a petition for writ of habeas corpus "in behalf of a person in custody pursuant to the judgment of a State court only on the ground that he is in custody in violation of the Constitution or laws or treaties of the United States." 28 U.S.C. § 2254(a). In the

present case, however, the petition does not contain any claims for relief at all, much less any claims that Petitioner is in custody in violation of the Constitution, laws or treaties of the United States. Rather, the petition contains only what appears to be quotations from other orders issued by this court. Accordingly, the court finds that the petition provides no basis for habeas corpus relief.

Based on the foregoing, IT IS HEREBY ORDERED as follows:

1) This case is DISMISSED;

2) The Clerk of the Court is directed to close the case and to serve Petitioner with a copy of this order.

IT IS SO ORDERED.

**Dated:   December 30, 2006**          _____/s/ Anthony W. Ishii_____
0m8i78                                                  UNITED STATES DISTRICT JUDGE